United States Court of Appeals
Fifth Circuit

**F I L E D**

April 21, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41286
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GERARDO MENDOZA-AGUILAR, also known as Gerardo
Aguilar-Guzman,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-391-1
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

     Gerardo Mendoza-Aguilar ("Mendoza") appeals his guilty-plea

conviction for illegal re-entry following deportation.  Mendoza

argues that 8 U.S.C. § 1326(b) is unconstitutional in light of

Apprendi v. New Jersey, 530 U.S. 466 (2000).  Mendoza argues

that, after Apprendi, it is apparent that a majority of the

Supreme Court now feels that Almendarez-Torres v. United States,

523 U.S. 224 (1998), was incorrectly decided.  He acknowledges

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

that his argument is foreclosed by circuit precedent, but he raises this issue to preserve it for possible review by the Supreme Court.  Apprendi did not overrule Almendarez-Torres.  See Apprendi, 530 U.S. at 489-90; see also United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000).  Therefore, Mendoza's argument is foreclosed.

AFFIRMED.